Susan F. Halman, State Bar No. 111511
E-mail:  shalman@selvinwraith.com
David A. Evans, State Bar No. 181854
E-mail:  devans@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:     (510) 874-1811
Facsimile:     (510) 465-8976

Attorneys for Plaintiff
BENCHMARK INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BENCHMARK INSURANCE COMPANY, a Kansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAMMOND & COMPANY fka HAMMOND FINE HOMES, INC.; ED PASCOE, an Individual; BARBARA PASCOE, an Individual,<br><br>Defendants. | CASE NO.: 3:17-cv-04044-WHO<br><br>**ORDER**<br><br>Complaint Filed:  July 18, 2017 |

Having considered the parties' Joint Stipulation For Dismissal of Defendants Hammond & Company fka Hammond Fine Homes, Inc., Ed Pascoe and Barbara Pascoe and the resolution of the issues between them through settlement of this action,

**IT IS THEREFORE ORDERED** that this action, including all claims asserted in the action, shall be and is Dismissed With Prejudice as to all defendants, with each party to bear its own respective attorneys' fees and costs incurred in this action.

Dated: March 21, 2018

United States District Judge,
Judge William H. Orrick

242874.doc